EXHIBIT E

The Gold Mart



# SANTA CRUZ COUNTY SHERIFF-CORONER
## EVIDENCE AND PHOTOGRAPHIC REPORT

THIS IS REPORT [ ]
REPORT AREA [ ]

Page ____ of ____

| Day | Date | T/Arrived | T/Completed | Weather | Offence | Scene No. | Case No. |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

| CSI Officer | Deputies | Suspect Yes [ ] No [ ] | Place of Seizure |
|---|---|---|---|
|  |  |  |  |

[ ] R/P   [ ] Victim   [x] Suspect   DOB:

NAME & ADDRESS:       Phone No.

### Work Requested
F = Develop   H = Hold   P = Property
A = Analyze   L = Latents   C = CSI
D = Destroy   R = Return to Owner
Y = Coroner   Z = Other _____

| E | P | Evidence (Numerical) ___ To ___ | Photographs (Alphabetical) ___ To ___ | ↓ | Loc. |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  | TAKEN PER COURT ORDER |  |  |  |
|  |  | [signature] Deputy SCSO |  |  |  |

HARD COPY - PROPERTY / SOFT COPY - RECORDS
SHF-0316 [REV. 2/05]

(SIDE ONE)

REPORTING DEPUTIES

EXHIBIT F

# COUNTY OF SANTA CRUZ

## OFFICE OF THE COUNTY COUNSEL
701 OCEAN STREET, SUITE 505, SANTA CRUZ, CA 95060-4068
(831) 454-2040   FAX: (831) 454-2115

### DANA McRAE, COUNTY COUNSEL

| Chief Assistant | | Assistants | | Special Counsel |
|---|---|---|---|---|
| Rahn Garcia | Marie Costa | Shannon M. Sullivan | Betsy L. Allen | Dwight Herr |
| | Jane M. Scott | Miriam L. Stombler | David Brick | Deborah Steen |
| | Tamyra Rice | Jason M. Heath | Jessica C. Espinoza | Samuel Torres, Jr. |
| | Julia Hill | Christopher R. Cheleden | Sharon Carey-Stronck | |

March 7, 2007

Arlene Hill, individually, and
d.b.a. "The Gold Mart"
c/o Jon Webster, Attorney at Law
The Law Offices of Jon Webster
1985 Bonifacio Street, Suite 102
Concord, California 94520-2264

RE:   Claim of Arlene Hill, individually, and d.b.a. "The Gold Mart,"
      against the County of Santa Cruz, Claim No. 607-063

Dear Ms. Hill:

### NOTICE OF ACTION ON CLAIM

Notice is hereby given that the claim that was presented to the Board of Supervisors of the County of Santa Cruz was rejected on March 6, 2007.

### WARNING

Subject to certain exceptions, you have six (6) months or one hundred eighty-two (182) days from the date this notice was personally delivered to you or deposited in the mail to file a State action on this claim. See Government Code Section 945.6.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Very truly yours,

DANA McRAE, COUNTY COUNSEL

By _____
JULIA A. HILL
Assistant County Counsel

Attachment
cc:   Risk Management

## PROOF OF SERVICE

I, the undersigned, state that I am a citizen of the United States and employed in the County of Santa Cruz, State of California. I am over the age of 18 years and not a party to the within action. My business address is 701 Ocean Street, Room 505, Santa Cruz, California 95060. On the date set out below, I served a true copy of the following on the person(s)/entity(ies) listed below:

### NOTICE OF ACTION ON CLAIM

☐ **by service by mail** by placing said copy enclosed in a sealed envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.

☒ **by service by mail** by placing said copy enclosed in a sealed envelope and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

☐ **by personal service** at ___. m. at _____.

☐ **by express or overnight mail** by arranging for pick-up by an employee of an express/overnight mail company on:

☐ **by facsimile service** at the number listed below and have confirmation that it was received by:

Arlene Hill, individually, and
d.b.a. "The Gold Mart"
c/o Jon Webster, Attorney at Law
The Law Offices of Jon Webster
1985 Bonifacio Street, Suite 102
Concord, California 94520-2264

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 7, 2007, at Santa Cruz, California.

_____
MARIA G. VARGAS

DANA McRAE, COUNTY COUNSEL
COUNTY OF SANTA CRUZ
701 Ocean Street, Room 505
Santa Cruz, California 95060-4068
Telephone: (831) 454-2040
Facsimile: (831) 454-2115