EXHIBIT C



0040

The Gold Mart
2011 Camden Ave
San Jose, Ca 95124
(408)371-6028

October 12, 2005

Santa Cruz County Sheriff's Office
701 Ocean St., Room 340
Santa Cruz, Ca 95060
Detective Art Frolli #62

Detective Art Frolli,

    This is a courtesy reminder notice that the 90 day "HOLD" on said property of loan numbers 4020, 4021, 4022, as pursuant to California Business and Professions code section 21647, will terminate on October 21, 2005, and the said property will be returned to stock.

Sincerely,

Arlene Hill
The Gold Mart

EXHIBIT D

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SANTA CRUZ

# COURT ORDER
Pawnbroker to produce stolen property to law enforcement, B&P 21647(b)

To: Salinas Pawn                                    No._____
    431 E. Market St.
    Salinas, Ca. 93905
    (831) 770-0524

Valley Gold & Silver Exchange
368 S. Bascom Ave.
San Jose, Ca. 95128
    (408) 280-5999

The Gold Mart
2011 Camden Ave.
San Jose, Ca. 95124
    (408) 371-6028

Having considered the affidavit of Detective Art Frolli, (hereafter affiant) of the Santa Cruz County Sheriff's Office, this court finds as follows: the property ordered into the custody of the Santa Cruz Sheriff's Office as evidence in an ongoing criminal investigation; the criminal offense under investigation is grand theft. It is hereby ordered that the property listed in ADDENDUMS 1, 2 & 3; being held by the Pawnbroker/Secondhand dealer listed above be ordered into the custody of the Santa Cruz Sheriff's Office as part of their ongoing investigation into Case #05-4033.

September 19, 2005_____                    _____
       Date                                        Judge of the Superior Court

## AFFIDAVIT OF AFFIANT

On 07-14-05 I was assigned to investigate this case in which Suspect Linda Alex (10-18-50) stole jewelry valued at 5,000.00 from Victim Julie Hinkel (06-28-67) while they were living at the same residence, located at 2308 Byer Road in Santa Cruz County when approximately four (4) days after Suspect Alex moved out of the residence, Victim Hinkel received a letter from Alex in which she admitted to stealing her jewelry and pawning it at three (3) separate pawn shops, two (2) in the City of San Jose and one (1) in the City of Salinas. Suspect Alex later mailed the pawn slips to Victim Hinkel after she requested them during a telephone conversation. Victim Hinkel viewed the jewelry listed on all of the slips and identified it as belonging to her.

Hinkel delivered the pawn slips receipts to Santa Cruz Sheriff's Detectives and they were booked as evidence. I contacted all three (3) of the pawn shops and notified them they were in possession of stolen property and placed a 90 day hold on all of the items listed on the slips. I interviewed Suspect Linda Alex via telephone and she confided to me that she had stolen Victim Hinkel's jewelry and pawned it at the three (3) pawnshops. Suspect Alex verified that the pawn slip receipts that she had mailed to Victim Hinkel were for the items she had stolen from Hinkel to support her gambling addiction.

A Warrant of Arrest has been issued for the arrest of Linda Alex in this case for violation of Penal Code 487(a) – Grand Theft. I have been in contact with Suspect Alex and she has told me she intends to turn herself in sometime during the next few weeks. I request that a Court Order be issued to gain compliance from the pawnbrokers involved in this case and to compel them to release the stolen property to the Santa Cruz Sheriff's Office, where it would be secured in Sheriff's Property until it is needed as evidence by the court. Upon completion of the criminal proceedings I request that the court return the stolen property to its' rightful owner.

   I declare under penalty of perjury that the foregoing is true and correct based on information and belief.

Sheriff's Office Case # __05-4033__

_____          _____
Detective Art Frolli                                          Judge of the Superior Court

## ADDENDUM 1:

Items listed are located at:

Salinas Pawn
431 E. Market St.
Salinas, Ca. 93905
  (831) 770-0524

Reference:

Pawn Slip Number 2730
Item description: "RING JEWELRY; 2 rings 1 bhg w/sm dia-1 w/clrd stn"

Pawn Slip Number 2731
Item description: "WATCH JEWELRY SEIKO 1320-5108, #051875; 2worn ladies watches-lite chn w/dia chips"

ADDENDUM 2:

Items listed are located at:

Valley Gold & Silver Exchange
368 S. Boscom Ave.
San Jose, Ca. 95128
  (408) 280-5999

Reference:

Pawn Slip Number 176497
Item description: "NECKLACE 14KT ROPE CHAIN W/ANGEL PEND"

Pawn Slip Number 176498
Item description: "CHAIN 14KT ROPE"

Pawn Slip Number 176499
Item description: "BRACELT 14KT HOLLOW LINK"

Pawn Slip Number 176708
Item description: "BRACELET 14KT WIDE CIRCLE LINKS"

ADDENDUM 3:

Items listed are located at:

The Gold Mart
2011 Camden Ave.
San Jose, Ca. 95124
 (408) 371-6028

Reference:

Pawn Slip Number 4020
Item description: "1PR 18KT DIA EAR KNOTT STYLE APROX .06 EA USED/WORN"

Pawn Slip Number 4021
Item description: "HEART PEND W/SM RD CENTER DIA APROX .02 W/20" CHAIN 14KT USED/WORN"

Pawn slip Number 4022
Item description: "7.5M PEARL NECK 22" W JADE CLASP 18KT W MATCHING EAR USED/WORN"