E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Arlene Hill

    Plaintiff(s),

  v.

County of Santa Cruz

    Defendant(s).

No. C 07-04590

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 13, 2007

Signature

Counsel for Plaintiff Arlene Hill
(Plaintiff, Defendant or indicate "pro se")

**PROOF OF SERVICE**

RE:   ARLENE HILL v. COUNTY OF SANTA CRUZ et al
      U.S. District Court, Northern District of California Docket No.CV 07-04590 HRL

I am a citizen of the United States and I am employed in the County of Contra Costa, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 1985 Bonifacio Street, Suite 102, Concord, California 94520-2264. On the below date, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

1.)   CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

[X]   **By First Class Mail**, by depositing a sealed envelope in the United States Mail at Concord, CA, with postage fully prepaid.

___   **Via Federal Express (FedEx)** by depositing in a sealed envelope and delivering to the Pacheco, California branch of Federal Express, with all charges fully prepaid.

___   **By Personal service**, by personally delivering a true and correct copy thereof to the addressee(s) listed herein, at the location(s) listed herein.

___   **By facsimile machine (FAX)** by personally transmitting a true and correct copy thereof via an electronic facsimile machine between the hours of 9:00 a.m. and 5:00 p.m.

Jason Heath
COUNTY OF SANTA CRUZ
OFFICE OF THE COUNTY COUNSEL
701 Ocean Street, Suite 505
Santa Cruz, CA 95060-4068

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct and that I am readily familiar with this firm's practice for the service of the afore described documents.

Executed on September 28, 2007, at Concord, California.

By: *Margaret A. Cavin*
    MARGARET A. CAVIN