**United States District Court**
For the Northern District of California

**\*E-FILED 11/16/2007\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARLENE HILL, individually and d.b.a. "The Gold Mart,"<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SANTA CRUZ, STEVE ROBBINS, in his individual and official capacity as Sheriff-Coroner of Santa Cruz County, and ART FROLLI, in his individual and official capacity as Detective, Santa Cruz County Sheriff's Office,<br><br>　　　　Defendants._____/ | No. C07-04590 HRL<br><br>**CLERK'S NOTICE RE-SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

　　　PLEASE TAKE NOTICE THAT the Initial Case Management Conference originally set for December 11, 2007 has been **re-set for December 18, 2007, 1:30 p.m. in Courtroom 2**, United States District Court, 280 South First Street, San Jose, California. The parties' Joint Case Management Statement shall be filed no later than **December 11, 2007**. All other dates in the court's Initial Order Setting Case Management Conference are adjusted accordingly. All parties who have not yet done so shall file either a consent or declination to proceed before a United States Magistrate Judge no later than **December 11, 2007**.

Dated:　November 16, 2007

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Chambers of Magistrate Judge Howard R. Lloyd

1  **5:07-cv-4590 Notice has been electronically mailed to:**

2  Michael David Devin MichaelDevinEsq@msn.com

3  Jon Paul Webster jon@jwcounsel.com

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(left margin: **United States District Court** / For the Northern District of California)