DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JASON M. HEATH, State Bar No. 180501
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Fax: (831) 454-2115

**Attorneys for Defendant County of Santa Cruz**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| ARLENE HILL, individually and d.b.a. "The Gold Mart," <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SANTA CRUZ, STEVE ROBBINS, in his individual and official capacity as Sheriff-Coroner of Santa Cruz County, and ART FROLLI, in his individual and official capacity as Detective, Santa Cruz County Sheriff's Office, <br><br> Defendants. | Case No. C07-04590 HRL <br><br> **DEFENDANT'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE; REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
|---|---|

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

Defendant County of Santa Cruz hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: November 29, 2007            DANA McRAE, COUNTY COUNSEL

By: _____/S/_____
　　　JASON M. HEATH
　　　Assistant County Counsel
　　　Attorneys for Defendant County of Santa Cruz

*Hill v. County of Santa Cruz, et al.*　　　　　　　　　　Defendant's Declination and Request For Reassignment
Case No. C07-04590 HRL

-1-