UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Arlene Hill, individually, and doing business as The Gold Mart,<br><br>  Plaintiff,<br><br>  v.<br><br>County of Santa Cruz, et.al,<br><br>  Defendants. | No. C07-04590<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for December 11, 2007 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: November 30, 2007         RICHARD W. WIEKING,
                                 United States District Court

                                 */s/ Patty Cromwell*
                                 By: Patty Cromwell
                                 Courtroom Deputy Clerk to
                                 Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

| | |
|---|---|
| 1 | |
| 2 | THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO: |
| 3 | |
| 4 | Michael David Devin    MichaelDevinEsq@msn.com |
| 5 | Jason Michael Heath    Jason.Heath@co.santa-cruz.ca.us |
| 6 | Jon Paul Webster    jon@jwcounsel.com |

**United States District Court**
For the Northern District of California