**United States District Court**
For the Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  ARLENE HILL,                                                   No. C 07-04590 JW
8         Plaintiff(s),
                                                                  CLERK'S NOTICE RESETTING CASE
9    v.                                                           MANAGEMENT CONFERENCE
10 COUNTY OF SANTA CRUZ,
11        Defendant(s).
12 _____/
13
   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15
   YOU ARE NOTIFIED THAT due to reassignment of this case a Case Management Conference has
16
   been reset to **January 28, 2008 at 10:00 AM at** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose,
17
   California. The parties shall file a joint Case Management Statement by **January 18, 2008.**
18
   Dated: December 4, 2007
19
                                                                  FOR THE COURT,
                                                                  Richard W. Wieking, Clerk
20
21
                                                                  by:  _____/s/_____
22                                                                     Elizabeth Garcia
                                                                       Courtroom Deputy
23
24
25
26
27
28