1  DANA McRAE, State Bar No. 142231
   County Counsel, County of Santa Cruz
2  JASON M. HEATH, State Bar No. 180501
   Assistant County Counsel
3  701 Ocean Street, Room 505
   Santa Cruz, California 95060
4  Telephone: (831) 454-2040
   Fax: (831) 454-2115

5

6  **Attorneys for Defendants County of Santa Cruz
   and Sheriff Steve Robbins**

7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| ARLENE HILL, individually and d.b.a. "The Gold Mart," | Case No. C07-04590 JW |
| Plaintiff, | **DEFENDANT SHERIFF STEVE ROBBINS' JOINDER IN ANSWER AND DEMAND FOR JURY TRIAL FILED BY DEFENDANT COUNTY OF SANTA CRUZ** |
| v. | |
| COUNTY OF SANTA CRUZ, STEVE ROBBINS, in his individual and official capacity as Sheriff-Coroner of Santa Cruz County, and ART FROLLI, in his individual and official capacity as Detective, Santa Cruz County Sheriff's Office, | |
| Defendants. | |

19

20    Defendant Santa Cruz County Sheriff Steve Robbins hereby joins in the answer to plaintiff's

21  complaint and demand for jury trial filed by defendant County of Santa Cruz on November 29, 2007

22  and incorporates by reference herein the substantive portions of that document.

23

24  Dated: December 17, 2007          DANA McRAE, COUNTY COUNSEL

25
                                     By: _____ /S/ _____
26                                        JASON M. HEATH
                                          Assistant County Counsel
27                                        **Attorneys for Defendants County of Santa
                                          Cruz and Sheriff Steve Robbins**
28