DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JASON M. HEATH, State Bar No. 180501
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Fax: (831) 454-2115

**Attorneys for Defendants County of Santa Cruz,
Sheriff Steve Robbins, and Art Frolli**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ARLENE HILL, individually and d.b.a. "The Gold Mart," <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SANTA CRUZ, STEVE ROBBINS, in his individual and official capacity as Sheriff-Coroner of Santa Cruz County, and ART FROLLI, in his individual and official capacity as Detective, Santa Cruz County Sheriff's Office, <br><br> Defendants. | Case No. C07-04590 JW <br><br> **NOTICE OF SETTLEMENT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

TO THE COURT: PLEASE TAKE NOTICE that the parties have settled this case. The parties expect that all settlement documents will be completed and that the case will be dismissed with prejudice within 45 days. A case management conference is currently set for January 28, 2008. Given the settlement, the parties request that the Court vacate the case management conference.

Dated: January 15, 2008                    DANA McRAE, COUNTY COUNSEL


                                                                By:  _____/s/_____
                                                                JASON M. HEATH
                                                                Assistant County Counsel
                                                                **Attorneys for Defendants**