1  Jon Webster (State Bar No. 138786)
   Michael Devin (State Bar No. 107630
2  THE LAW OFFICES OF JON WEBSTER
   1985 Bonifacio Street, Suite 102
3  Concord, CA 94520-2264
   Telephone:    (925) 686-8790
4  Facsimile:    (925) 686-8795
   E-Mail: jon@jwcounsel.com
5
   Attorneys for Complainant:
6  ARLENE HILL, individually
   and dba "The Gold Mart"
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

| ARLENE HILL, individually and d.b.a "The Gold Mart," | CASE NO: C07-04590  JW |
|---|---|
| Plaintiff, | **PLAINTIFF'S CONCURRENCE WITH DEFENDANTS' NOTICE OF SETTLEMENT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |
| v. | |
| COUNTY OF SANTA CRUZ, STEVE ROBBINS, in his individual and official capacity as Sheriff-Coroner of Santa Cruz county, and ART FROLLI, in his individual and official capacity as Detective, Santa Cruz County Sheriff's Office, | |
| Defendants. | |

TO THE COURT: PLEASE TAKE NOTICE that plaintiff concurs with defendants' notice of settlement dated January 15th, 2008 and expects that all settlement documents will be completed and that the case will be dismissed with prejudice within 45 days. A case management conference is currently set for January 28th, 2008. Given the settlement, plaintiff respectfully requests that the Court vacate the Case Management Conference.

Dated: January 22, 2008



JON WEBSTER
Attorney for Plaintiff
ARLENE HILL, individually and doing business as "The Gold Mart"

PLAINTIFF'S CONCURRENCE WITH NOTICE OF SETTLEMENT
HILL V. COUNTY OF SANTA CRUZ        CASE NO.C07-04590                    PAGE 1 OF 1