1  DANA McRAE, State Bar No. 142231
   County Counsel, County of Santa Cruz
2  JASON M. HEATH, State Bar No. 180501
   Assistant County Counsel
3  701 Ocean Street, Room 505
   Santa Cruz, California 95060
4  Telephone: (831) 454-2040
   Fax: (831) 454-2115

6  **Attorneys for Defendants County of Santa Cruz,
   Sheriff Steve Robbins, and Art Frolli**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| ARLENE HILL, individually and d.b.a. "The Gold Mart," | Case No. C07-04590 JW |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION (FRCP 41(a)(1)(ii))** |
| v. | |
| COUNTY OF SANTA CRUZ, STEVE ROBBINS, in his individual and official capacity as Sheriff-Coroner of Santa Cruz County, and ART FROLLI, in his individual and official capacity as Detective, Santa Cruz County Sheriff's Office, | |
| Defendants. | |

## **STIPULATION**

Plaintiff Arlene Hill, individually and d.b.a. "The Gold Mart," hereby dismisses with prejudice this entire action, including all claims therein. The parties are responsible for their own attorney fees and costs resulting from this litigation.

Dated: February 29, 2008                LAW OFFICES OF JON WEBSTER

                                        By: _____/s/_____
                                              JON WEBSTER
                                              **Attorney for Plaintiff**

*Hill v. County of Santa Cruz, et al.*                              Stipulation Of Dismissal With Prejudice
Case No. C07-04590 JW
                                        -1-

1  Dated: February 29, 2008            DANA McRAE, COUNTY COUNSEL

2

3                                      By: _____/s/_____
4                                           JASON M. HEATH
                                            Assistant County Counsel
5                                           **Attorneys for Defendants**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28